1   HEATHER E. WILLIAMS, SBN #122664
    Federal Defender
2   JEROME PRICE, SBN # 282400
    Assistant Federal Defender
3   Designated Counsel for Service
    2300 Tulare Street, Suite 330
4   Fresno, CA  93721-2226
    Telephone: (559) 487-5561
5   Fax: (559) 487-5950

6   Attorneys for Defendant
    JUAN CARLOS MATA-HERNANDEZ
7

8                       IN THE UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )  Case No.  1:14-cr-00044-LJO-SKO
                                       )
12              Plaintiff,             )  STIPULATION TO RESET STATUS
                                       )  CONFERENCE TO A CHANGE OF PLEA
13  vs.                                )  HEARING; ORDER
                                       )
14  JUAN CARLOS MATA-                  )  Date:   December 22, 2014
    HERNANDEZ,                         )  Time:  8:30 a.m.
15                                     )  Judge: Hon. Lawrence J. O'Neill
                Defendant.             )
16  _____)

17          **IT IS HEREBY STIPULATED** by and between the parties through their respective

18  counsel, Assistant United States Attorney, Kimberly A. Sanchez, counsel for the plaintiff, and

19  Assistant Federal Defender, Jerome Price, counsel for defendant, Juan Carlos Mata-Hernandez,

20  that the status conference currently set for December 15, 2014, at 1:00 p.m. **may be vacated and**

21  **re-set for a change of plea hearing on December 22, 2014 at 8:30 a.m. before District Judge**

22  **Lawrence J. O'Neill.**  The government is in agreement with this request.

23          The parties believe that they have worked out a resolution.  Defense counsel needs time

24  to discuss and execute the revised plea offer with the defendant.  The parties therefore anticipate

25  that a status conference is no longer necessary and this matter may be set for a change of plea

26  hearing.   The parties agree that the delay resulting from the requested continuance shall be

27  excluded as necessary for effective defense preparation and continued plea negotiations pursuant

28

                                        -1-

1    to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).  For this reason, the ends of justice served by the

2    granting of the requested continuance outweigh the interests of the public and the defendant in a

3    speedy trial.

4

5                                              Respectfully submitted,

6                                              BENJAMIN B. WAGNER
                                               United States Attorney
7

8    Date:  December 11, 2014                  */s/ Kimberly A. Sanchez*
                                               KIMBERLY A. SANCHEZ
9                                              Assistant United States Attorney
                                               Attorneys for Plaintiff
10

11                                             HEATHER E. WILLIAMS
                                               Federal Defender
12

13   Date: December 11, 2014                   */s/  Jerome Price*
                                               JEROME PRICE
14                                             Assistant Federal Defender
                                               Attorneys for Defendant
15                                             JUAN CARLOS MATA-HERNANDEZ

16

17   For the reasons set forth above, the status conference set for December 15, 2014 will be vacated

18   and the matter will be set for a Change of Plea hearing on December 22, 2014 at 8:30 a.m. before

19   District Judge Lawrence J. O'Neill.  Time will be excluded pursuant to 18 U.S.C. §§ 3161

20   (h)(7)(A) because the ends of justice served by granting this continuance outweigh the best

21   interests of the public and the defendant in a speedy trial.

22   IT IS SO ORDERED.

23      Dated:   **December 11, 2014**            **/s/ Lawrence J. O'Neill**
                                               UNITED STATES DISTRICT JUDGE
24

25

26

27

28